UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **NICHOLAS WAYNE RHODES,** *Plaintiff* | § § § |
| v. | §   No. 1:21-CV-00191-DAE § |
| **NOVA TRANSPORT, LLC, EVERARDO PICHARDO, ANDRADE'S TRUCKING, LLC,** *Defendants* | § § § § § |

## ORDER

Before the Court are Plaintiff's Motion to Quash Defendants' Notice of Intention to Take Depositions by Written Questions to Humana Health Plan of Texas, Inc., Dkt. 87; and Defendants' corresponding Motion for Leave to Take Depositions by Written Questions to Humana Health Plan of Texas, Inc., Dkt. 99. The District Court referred the motions to the undersigned for disposition. The undersigned set the motions for hearing, Dkt. 106, and for the reasons stated on the record in that hearing, the Court **GRANTS** Plaintiff's motion, Dkt. 87, and **DENIES** Defendants' motion, Dkt. 99.

The referral to the magistrate judge should be **CANCELED** and the case returned to the District Court's docket.

SIGNED July 7, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1